# United States District Court
## EASTERN DISTRICT OF VIRGINIA

WARRANT FOR ARREST

06-160 M-01

UNITED STATES OF AMERICA
v.

KEVIN TYRONE ALLEN

CASE NUMBER: 1:04CR442

**FILED**

APR 0 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **KEVIN TYRONE ALLEN** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__ Indictment  X  Information __ Complaint __ Order of Court __ Violation Notice __ Probation Violation Petition

charging him or her with (brief description of offense):

Possession with intent to distribute 50 grams or more of cocaine base (Schedule II) - See Attached Petition

In Violation of Title **21** United States Code, Section(s) **841(a)(1)**

**J. Solomon**
Name of Issuing Officer

**Deputy Clerk**
Title of Issuing Officer

*/s/ J. Solomon*
Signature of Issuing Officer

November 24, 2004
**401 Courthouse Square Alexandria, VA 22314**
Date and Location

| Date Received<br>4.3.06 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest<br>4.3.06 | Sean McLeod  SDUSM | S. B. McL |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY: