06-160 M-01

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:04CR442 |
| | ) |
| KEVIN T. ALLEN | ) |

FILED IN OPEN COURT
NOV 24 2004
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

FILED IN OPEN COURT
NOV 24 2004
CLERK, U.S. D[IST]
ALEXA[NDRIA]

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

In or about May of 2002, within the Eastern District of Virginia, the defendant, KEVIN T. ALLEN, did unlawfully, knowingly and intentionally possess with intent to distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly known as "cocaine base," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Paul J. McNulty
United States Attorney

By: _____
Sonya L. Sacks
Special Assistant U.S. Attorney

FILED
APR 0 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4