**FILED**
APR 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
Date: 4/20/06



RECEIVED MAILROOM
APR 2 1 2006
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

*Nancy Mayer-Whittington*
**Clerk of the Court**

Address of Other Court: Albert V. Bryan United States Cthouse
401 Courthouse Square
Alexandria, VA. 22314-5798

04CR442

RE: 06MJ160 (Kevin Tyrone Allen)

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Information/Warrant | | Order of Removal |
| | Minute Order Appointing Counsel | X | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | Personal Surety Bond | | |
| X | Other-Blotter dated 4/3/06 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk